```
                                              IT IS HEREBY ADJUDGED
                                              and DECREED this is SO
                                              ORDERED.
                                              The party obtaining this order is responsible for
                                              noticing it pursuant to Local Rule 9022-1.
```

# TIFFANY & BOSCO
### P.A.



**Dated: February 07, 2011**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-29029

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>Richard Eric Kramer and Jean Marie Kramer<br>    Debtors.<br><br>Wells Fargo Bank, N.A.<br>    Movant,<br>    vs.<br><br>Richard Eric Kramer and Jean Marie Kramer Debtors; Dina Anderson, Trustee.<br><br>    Respondents. | No. 2:10-bk-31790-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #9)<br><br>Hearing Date: February 2, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are terminated effective March 2, 2011, as to Movant with respect to that certain real property which is subject of a Deed of Trust dated March 24, 2004, and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Richard Eric Kramer and Jean Marie Kramer have an interest in, further described as:

> THE EAST 65 FEET OF THE WEST 130 FEET OF LOT 6, MESA, ACCORDING TO BOOK 23 OF MAPS, PAGE 18, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.